# EXHIBIT A



**WHITE CLOUD POLICE**
DANIEL EVANS, CHIEF OF POLICE

12 N. Charles St., PO Box 607
White Cloud, MI 49349

Phone: (231) 689-1696
Fax: (231) 689-2001

Case WCP2400410

Printed on November 6, 2024

| | |
|---|---|
| **Status** | Approved |
| **Report Type** | Patrol |
| **Primary Officer** | Dan Evans |
| **Investigator** | None |
| **Reported At** | 09/26/24 13:13 |
| **Incident Date** | 05/01/23 13:13 - 09/26/24 13:13 |
| **Incident Code** | MISC : MISCELLANEOUS |
| **Location** | S STATE RD & S SILVER AVE, WHITE CLOUD, MI 49349 |
| **Zone** | CITY OF WHITE CLOUD |
| **Beat** | WHITE CLOUD PD |
| **Court** | None |
| **Ereferral County** | None |
| **Township** | 40 - 62-CITY OF WHITE CLOUD |
| | |
| **Disposition** | Closed |
| **Disposition Date/Time** | 09/26/24 13:14 |
| **Review for Gang Activity** | None |

**Other**

**CITY OF WHITE CLOUD**

12 N CHARLES ST
CITY OF WHITE CLOUD, MI 49349

Subject: 99008 - GENERAL ASSISTANCE (ASSIST OTHER AGENCY)

## Original Narrative By Dan Evans, 09/26/24 13:17
Documentation

**INFORMATION:**
The dam at the White River/Lake White Cloud is located on S. State Rd. & S. Silver Ave. Over the years there have been multiple attempts by different people to harm themselves/commit suicide by jumping off the dam and into the body of water. There minimal fencing around the dam. Its quite easy for subjects of varying ability to step around this fencing to gain direct access to the dam structure.

Directly after learning of the first known instance of self-harm, I contacted the City of White Cloud City Manager, and the Department of Public Works Supervisor. This contact occurred in 2020. There was a second instance in 2021. In each of those contacts, I explained my concern of how relatively easy it is to access the dam and strongly suggested that the City of White Cloud take some action to make it more difficult and or deterring for people to access the dam. My concerns were not addressed.

After two more known instances of people accessing the dam for self harm, I contacted the White Cloud City Manager and the Department of Public Works Supervisor in 2023 and again in 2024. Again, I provided current information and details on how two subjects easily were able to access the dam and jump off and were able to harm themselves. I was told that Dam repairs would occur in summer of 2024 and that additional security measures would be considered at that time.

When the summer of 2024 repairs were complete, I noted that no additional security measures, deterrents, or even signs were installed. I sent an email to the City Manager and asked for her consideration of some sort of action to limit liability to the city. A few days later, I was asked to speak with the City Manager and DPW Supervisor about this topic. This conversation took place in the City Manager's office. I was asked what I thought should be done. I pointed out

how easy it is for people to access the dam. I suggested signage, and or additional fencing, and or some addition to the fencing to make it more difficult for people to get onto the dam. The DPW Supervisor disagreed and advised that no matter the outcome of someone injuring themselves on the dam the city would face liability. I pointed out that the city would face less or possibility no liability if we made reasonable efforts to make the dam less accessible. This conversation took place in early August of 2024 and at times was heated. At one point the DPW Supervisor yelled at me and the City Manager's response to him was and in a light voice "calm down." The DPW Supervisor expressed his anger about me emailing the City Manager about the safety concerns. Clearly and concisely, I told the City Manager and the DPW Supervisor that I was pointing out a major safety concern and that I was notifying both of such. I added that I wasn't trying to create work for anuyone or get anyone in trouble as the DPW Supervisor suggested. I suggested that we go take a look at these problems together. My offer was declined and told that the "engineer" would be contacted to see if anything could be done.

On 09/26/24, I performed a very basic visual look over of the dam. I noted that all the same concerns that I've pointed out for years have gone un-addressed. The fencing and its supporting structure is bent. There are areas where the fence is attached to a support or concrete wall by a simple rusted hook. The fencing is very loose in multiple places. The barbed wire strands above the fence are loose and in some places bent over each other. Also, the barb wire is simply held in place by a "notch" in a support. There is one (1) sign that reads "KEEP OUT". There are areas of the fence that it's not difficult at all to pull up the bottom the sections. There are areas where the supports are physically broken and just hanging in place.

I photographed the dam and the above mentioned safety concerns that I observed. Those photos are attached to this report as evidence and stored in the PD "W" drive.

**DATES:**
2020 - 2024.

**VENUE:**
City of White Cloud, County of Newaygo, State of Michigan. Lake White Cloud/White River Dam.

**CHIEF's NOTES:**
My body camera was activated while I took these photographs. The video was uploaded to Evidence.com. I marked the video as "RESTRICTED." I placed a long retention period on the video.

**STATUS:**
Closed - informational only.

**SUBMITTED BY:**
Chief EVANS