# EXHIBIT B



**WHITE CLOUD POLICE**
DANIEL EVANS, CHIEF OF POLICE

12 N. Charles St., PO Box 607
White Cloud, MI 49349

Phone: (231) 689-1696
Fax: (231) 689-2001

Case WCP2400415

Printed on November 6, 2024

| | |
|---|---|
| Status | Approved |
| Report Type | Patrol |
| Primary Officer | Dan Evans |
| Investigator | None |
| Reported At | 09/27/24 09:19 |
| Incident Date | 01/01/17 09:19 - 09/27/24 09:00 |
| Incident Code | MISC : MISCELLANEOUS |
| Location | 12 N CHARLES ST, CITY OF WHITE CLOUD, MI 49349 (PD - WHITE CLOUD POLICE DEPA |
| Zone | CITY OF WHITE CLOUD |
| Beat | WHITE CLOUD PD |
| Court | None |
| Ereferral County | None |
| Township | 40 - 62-CITY OF WHITE CLOUD |
| Disposition | Closed |
| Disposition Date/Time | 09/27/24 09:20 |
| Review for Gang Activity | None |

**Other**

**CITY OF WHITE CLOUD**

12 N CHARLES ST
CITY OF WHITE CLOUD, MI 49349

Subject: 99008 - GENERAL ASSISTANCE (ASSIST OTHER AGENCY)

## Original Narrative By Dan Evans, 09/27/24 09:23
Documentation

**INFORMATION:**

The City of White Cloud, Department of Public Works supplies water for residences and business in and surrounding the City of White Cloud. Part of this water system infrastructure is multiple pump or lift stations and water towers located in several different locations in the City of White Cloud.

In December of 2016, I was appointed as the Chief of Police. Prior to being appointed as the Chief, I was a Police Officer and then Sergeant for WCPD. During my time as Police Officer and Sergeant, I pointed out to the Chief of Police, that they City's water system appeared vulnerable. I observed that these pump/lift stations and water towers entry doors were either not locked at all or the door locks were notably weak and or old/worn out. One of these areas (on N. Charles St., west side of the highway near E. Washington St.) has a simple chain link fence around it. This fence is about chest high with no barriers above it. Also, this fence has a large opening on the north side with a swing open gate. This gate is propped open. This particular lift/pump station has one entrance/exit door. It is "secured" by a lock on the knob.

In January of 2017, I contacted the City Manager and Department of Public Works Supervisor about securing the City's water system. I pointed out how easy this infrastructure is to access. My concerns were not addressed. In 2018, a new Department of Public Works Supervisor was appointed. I talked with him and the City Manager. My concerns were not addressed.

In 2020, I pointed this problem out to a new City Manager and the same Department of Public Works Supervisor. These contacts were both verbal and in an email to them. My concerns were not addressed.

In 2022, 2023, and 2024, I pointed out my concerns to the City Manager and Department of Public Works Supervisor. My concerns were not addressed. In early September of 2024, there was a personnel committee meeting. In attendance was the City Clerk, City Manager, Mayor, Mayor Pro-Tem, a Council Member, and myself. During this meeting the compensation rate of Chief of Police and Department of Public Works Supervisor were discussed. A comparison was made to the Chief of Police and Department of Public Works Supervisor positions and responsibilities with associated liability to the City of White Cloud. I verbalized that these two positions are vastly different and do not have anywhere close to the same amount of responsibility or liability. In response the Mayor made a comment about how important the water system is and if its compromised how the Department of Public Works Supervisor could be responsible. I suggested that the people in attendance of this meeting look for themselves at the lack of security of the water system infrastructure. I suggested that they look for themselves at the lift/pump station that has a wide-open gate and that its only locked by a door knob lock. I didn't get any verbal response.

On 09/27/24, I visually checked the water system lift/pumping station that is reference above. The fence was still wide open and the door secured by a single lock. I photographed this area (see attached). I also looked at the other areas of concern and noted they are still insecure.

**CHIEF's NOTES:**
My body camera was activated while I took photographs. The body cam footage was stored on Evidence.com and marked as "RESTRICTED." I categorized the video for a long retention period.

**STATUS:**
Closed - information only

**SUBMITTED BY:**
Chief EVANS